**Brandon Jerod SMITH, Plaintiff–
Appellant,**

v.

**Officer OWENS; Officer Dixon;
Lieutenant Carico, Defendants–
Appellees.**

**No. 14–6126.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2014.

Decided: June 10, 2014.

Brandon Jerod Smith, Appellant Pro Se.
Richard Carson Vorhis, Senior Assistant
Attorney General, Richmond, Virginia, for
Appellees.

Before NIEMEYER and MOTZ, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Brandon Jerod Smith appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2006) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we deny Smith's motion for ap-
pointment of counsel and affirm for the
reasons stated by the district court.
*Smith v. Owens,* No. 7:13–cv–00060–SGW–
PMS, 2013 WL 6709467 (W.D.Va. Dec. 18,
2013).

We note that our holding with respect to
Smith's excessive force claim is deter-
mined by the deferential standard of re-
view. Following a bench trial, this court
may reverse a district court's factual find-
ings only if they are clearly erroneous.
*Roanoke Cement Co. v. Falk Corp.,* 413
F.3d 431, 433 (4th Cir.2005). The area of
the prison in which Smith alleges the as-
sault took place—the kitchen hallway—is
not covered by the prison's surveillance
system, so the district court's findings as
to the incident were necessarily based on
assessments of witness credibility.
"[W]hen a district court's factual finding in
a bench trial is based upon assessments of
witness credibility, such finding is deserv-
ing of the highest degree of appellate def-
erence." *Evergreen Int'l, S.A. v. Norfolk
Dredging Co.,* 531 F.3d 302, 308 (4th Cir.
2008) (quotation marks and citation omit-
ted). Because the district court's factual
findings are not clearly erroneous, we
must affirm those findings and the judg-
ment in favor of defendants.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*